UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DERWIN BUTLER, <br><br>    Plaintiff, <br><br>    v. <br><br>RON ALEXANDRIA, <br><br>    Defendant. | No. C 14-4714 NJV (PR) <br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. (Doc. 2.) He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. (Doc. 3.) A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has filed a complaint but has not paid the filing fee or filed a motion to proceed IFP. The twenty-eight days allowed Plaintiff to do so have now expired. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 4, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.14\Butler4714.dsm-ifp.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DERWIN BUTLER,<br><br>      Plaintiff,<br><br>v.<br><br>RON ALEXANDRIA, et al,<br><br>      Defendants. | No.1:14-CV-4714 NJV<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that on December 4, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Derwin Butler
F10671
4AIV cell #8
P.O. Box 8800
Corcoran, CA 93212


                                               /s/ *Linn Van Meter*
                                                Linn Van Meter
                                        Administrative Law Clerk to the
                                          Honorable Nandor J. Vadas